| U.S. Department of Justice | PROCESS RECEIPT AND RETURN | SD15-2 |
| --- | --- | --- |
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" | |

| PLAINTIFF | COURT CASE NUMBER |
| --- | --- |
| United States of America | 2:12-CR-114-002 |
| DEFENDANT | TYPE OF PROCESS |
| Janet Kay Aiken Martin Garland | Writ of Execution Application And for Writ |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Janet Kay Aiken Martin Garland, BOP# 11375-074

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
RMM Nashville, Residential Reentry Office, 701 Broadway St., Suite 124, Nashville, TN 37203

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Anne-Marie Svolto, Assistant U.S. Attorney
800 Market St., Suite 211
Knoxville, TN 37902

| Number of process to be served with this Form 285 | 2 |
| --- | --- |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE SERVE PERSONALLY prior to release date of 9/12/2015.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 865-545-4167
DATE: 8/28/15

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
| --- | --- | --- | --- | --- | --- |
| | 2 | No. 74 | No. 75 | HH | 9/2/15 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
JANET KAY AIKEN MARTIN GARLAND

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
MIDWAY REHAB
1715 E. MAGNOLIA
KNOXVILLE, TN

Date: 9/9/15  Time: 12:52 pm

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
| --- | --- | --- | --- | --- | --- |
| $65 | $2.07 | | 67.07 | | $67.07 |

REMARKS: 9-2-15 FORWARDED to S.O. in M/TN
9/9/15 PERSONALLY SERVED AT THE ABOVE PLACE, DATE & TIME. J. SANCHEZ

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00